## STATE

v.

## Ralph BYRNES, Charles Flynn and John Ouimette.

### No. 79–412–C.A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Dennis J. Roberts II, Atty. Gen., John A. Murphy, Stephen Lichatin III, Special Asst.

Attys. Gen., Chief, Appellate Division, for plaintiff.

John F. Cicilline, Providence, William Kunstler, New York City, for defendants.

### ORDER

Counsel for defendant John Ouimette has moved for an extension of the briefing period in this case. In response thereto, we hereby assign said motion for extension to Thursday, February 28, 1980 at 9:30 a. m. for special hearing and we direct that all counsel of record for the defendants (both local and out of state) be present at said hearing. An amended briefing schedule will be considered at that time.

BEVILACQUA, C. J., and DORIS, J., did not participate.